ENOCH H. GURNEY, Respondent, *v.* UNION TRANSFER AND STORAGE COMPANY, Appellant.

(Argued October 22, 1891 ; decided December 15, 1891.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made February 7, 1890, which affirmed an order of Special Term denying a motion by defendant to correct the judgment herein and for a stay pending appeal.

*Sumner C. Chandler* for appellant.

*A. C. Fransioli* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.